## PENNSYLVANIA RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.

No. 556. Decided January 17, 1966.

*Paul R. Duke* and *Edward A. Kaier* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Neil Brooks, Robert W. Ginnane* and *I. K. Hay* for the United States et al. *Leo A. Larkin, Samuel Mandell, Sidney Goldstein, F. A. Mulhern, Arthur L. Winn, Jr., Samuel H. Moerman, J. Raymond Clark* and *James M. Henderson* for appellee Port of New York Authority.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## ATLANTIC GULF & PACIFIC CO. *v.* GEROSA, COMPTROLLER OF THE CITY OF NEW YORK.

No. 718. Decided January 17, 1966.

*Richard H. Appert* for appellant.

*Leo A. Larkin, Stanley Buchsbaum* and *Samuel J. Warms* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.